# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY ABBOTT, et al.,<br><br>Defendants. | Case No. 19-mj-06087-MPK |

## DECLARATION OF PATRIC HOOPER

I, PATRIC HOOPER, declare as follows:

1. My full name is Patric Hooper. I am a resident of the State of California. I am a partner at Hooper, Lundy Bookman, P.C., located at 1875 Century Park East, Suite 1600, Los Angeles, CA 90067.

2. I have been retained to represent Defendants Amy Colburn and Gregory Colburn in the above-captioned matter. I submit this declaration in support of a motion for my admission *pro hac* vice to practice before this Court, pursuant to Local Rule 83.5.3.

3. I am an attorney licensed to practice law in the State of California, as well as the Supreme Court of the United States; the United States Courts of Appeals for the District of Columbia, Fifth, Sixth, Eighth, Ninth, and Tenth Circuits; and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

4. I am a member in good standing of every jurisdiction where I have been admitted to practice. I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

5.    I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

6.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7.    If admitted in the above-captioned matter, I will join David S. Schumacher (BBO #647917), a member of the bar of this Court in good standing, as counsel of record on behalf of Defendants Amy Colburn and Gregory Colburn, with whom I have previously established attorney-client relationships.

8.    The Colburns will be severely prejudiced in this matter if I am not permitted to represent them in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2019

/s/ Patric Hooper
Patric Hooper (CCA Bar No. 57343)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067
(310) 551-8111
PHooper@health-law.com